(Rev 1/06)                          **LIST OF EXHIBITS**
-------------------------------------------------------------------------------------------------------------------------
Case No.  A02-0102-CR (HRH)                    Magistrate Judge: **John D. Roberts**

Title      United States of America
          vs.
              Julio Reyes

Dates of Hearing/Trial:   January 10, 2006

Deputy Clerk/Recorder: Elisa Singleton

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| James Barkeley | William Broberg |
|  |  |
|  |  |

-----------------------------------------------------------**EXHIBITS**-----------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | X | Plea agreement |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |