TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov
AK # 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-00102-HRH-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| | ) | |
| JULIO REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

James Barkeley, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

James Barkeley
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov
AK # 8306019

RESPECTFULLY SUBMITTED on this 11th day of January, 2006, in Anchorage, Alaska.

    TIMOTHY M. BURGESS
    United States Attorney

    s/James Barkeley
    Assistant U.S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3699
    Fax: (907) 271-1500
    E-mail: jim.barkeley@usdoj.gov
    AK # 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served via U.S. Mail:

William C. Broberg
P.O. Box 78562
Seattle, WA 98178

Terrance Kellogg
1900 Pacific Building
720 3rd Avenue
Seattle, WA 98104

Altagracia Esther Perdomo
14522-006
FCI
5701 8th Street Camp Parks
Dublin, CA 94568


s/ James Barkeley

**U.S. v. PERDOMO**
3:02-cr-00102-HRH-JDR                                      3