DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
thomas.bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-102-HRH-JDR |
| | ) | |
| Plaintiff, | ) | <u>NOTICE TO DISCONTINUE</u> |
| | ) | <u>ELECTRONIC SERVICE</u> |
| JULIO REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serve pleadings in the above-captioned case on Thomas C. Bradley or Richard Pomeroy, Asst. U.S. Attorneys.  Assistant U.S. Attorney James Barkeley, is the lead attorney in this matter.

RESPECTFULLY submitted this 1st day of February, 2006, at Anchorage, Alaska.

                              DEBORAH M. SMITH
                              Acting United States Attorney

                              s/ Thomas C. Bradley
                              THOMAS C. BRADLEY
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-1500
                              E-mail: thomas.bradley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006,
a copy of the foregoing Notice to Discontinue
Electronic Service was served electronically
on William Broberg

and by U. S. Mail on
Terrance Kellogg
1900 Pacific Building
720 3rd Avenue
Seattle, WA 98104

Altagracia Esther Perdomo
14522-006
FCI
5701 8th Street Camp Parks
Dublin, CA 94568

s/ Thomas C. Bradley