HONORABLE JOHN D. ROBERTS

WILLIAM C. BROBERG
Attorney for Julio Reyes
Law Office of William Broberg
P.O. Box 78562
Seattle, WA  98178
(206)264-1992 -  voice
(206)264-0406 – fax
williamb@wbroberglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>   vs.<br><br>JULIO REYES,<br><br>         Defendant-movant. | Case No.  A02-0102 CR (HRH)<br><br>MOTION FOR 3 DAY EXTENSION OF TIME TO FILE SUMMATION DUE TO LATE RECEIPT OF TRANSCRIPT |

MOTION

COMES NOW counsel for the defendant-movant, Julio Reyes, and moves this Court for an order allowing a three day extension of time to file the "summation" the Court had set to be filed on January 27th, 2006.  This

motion is based on the files and records herein and the annexed declaration of William C. Broberg in support.

DATED this 1st day of February, 2006.

/s William Broberg
WILLIAM BROBERG
ATTORNEY FOR JULIO REYES
P.O. BOX 78562
SEATTLE, WA  98178
(206)264-1992 – voice
(206)264-0406 – fax
williamb@wbroberglaw.com
WSBA# 29319

State of Washington    )
                       )   ss:
King County            )

William Broberg, declares the following to be true and correct under penalty of perjury:

1. I am counsel of record for Julio Reyes herein.

2. On Friday, January 20, 2006, I called Debbie Minzenmayer, the CJA Administrator for the District of Alaska and asked her help in obtaining the transcript from the evidentiary hearing in this matter. I informed her it was showing up on the electronic docket as dkt. #348.

3. She said she would send someone to the Court to make a copy for me.

4. On Tuesday, January 24, 2006, I received a message from her that the clerk of the court had just called to say the transcript from the evidentiary hearing, though listed on the docket, as filed, was not available.

5. On Wednesday, January 25, 2006, I sent an email to Assistant United States Attorney, James Barkeley, and asked him if he had a copy of the transcript. To my knowledge, Mr. Barkeley never responded to that email.

6. On Thursday, January 26, 2006, I noticed that a copy of the transcript had come in from the Federal Public Defender in Anchorage by facsimile.

7. On Thursday, January 26, 2006, however, I had to deal with an emergent situation regarding the arrest of one of my Court of Appeals clients.

8. I tried to complete the summation on Friday, but was unable to because of continuing obligations with this Court of Appeals client.

9. On Monday and Tuesday, I had to be at Court and go to FDC Sea-tac and was not able to work on the summation.

10. In sum, the time I set aside to do this was early last week and when I did not get the transcript until Thursday, I was not able to work on it then.

11. I certify that I have completed it as soon as I could consistent with my other work and consistent also with my estimate of how much time I would need after receipt of the transcript to do a summation (1 week).

/s William Broberg

Certificate of Service

I hereby certify that on February 1, 2006, a copy of the foregoing summation was served electronically on the attorney for the United States in this matter.

s/ William Broberg

Case 3:02-cr-00102-HRH    Document 351    Filed 02/02/2006    Page 4 of 4