DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-0120-HRH |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| JULIO REYES, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through James Barkeley, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following

address:

James Barkeley
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov

RESPECTFULLY SUBMITTED on this 2nd day of February, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: jim.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 2, 2006
a copy of the foregoing was served
via electronic notice:

**William C. Broberg**
williamb@wbroberglaw.com
williambroberg@gmail.com

s/ James Barkeley