HONORABLE JOHN D. ROBERTS

WILLIAM C. BROBERG
Attorney for Julio Reyes
Law Office of William Broberg
P.O. Box 78562
Seattle, WA  98178
(206)264-1992 -  voice
(206)264-0406 – fax
williamb@wbroberglaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>vs.<br><br>JULIO REYES,<br><br>   Defendant-movant. | Case No.  A02-0102 CR (HRH)<br><br>REPLY TO GOVERNMENT'S SUMMATION |

<u>REPLY</u>

The defendant-movant respectfully offers this very brief reply to the government's summation received this morning on February 3, 2006.

While Mr. Reyes could well raise whether his guilty plea was, in a legal sense, knowing, intelligent and voluntary, as the government at p.3 of

their summation seems to believe is Mr. Reyes's claim here, but that is a claim he does not raise in this proceeding ("…the Court has no evidence before it to support any argument that Mr. Reyes' guilty plea was tainted by ignorance or misunderstanding.")  Mr. Reyes is not raising, nor has he raised at any point in the pendency of this collateral proceeding, the validity of his guilty plea.  The issue that his claims relate to is whether Mr. Reyes received ineffective assistance of counsel at and preparing for sentencing.

We would take issue with the government's positing something of a false choice – that is their notion that this case boils down to a "credibility" determination, and they state that the Court should believe Mr. Walker and not Mr. Reyes.  This is a false choice because there is no reason not to believe them both; their testimony is not really inconsistent at all.  The government simply did not elicit testimony that would show such an inconsistency.  And, because they did not, that argument should not be available to them.   A former lawyer testified about his state of knowledge of the law, about his fuzzy memory of going over things with no specifics, and to other things that are really not in dispute.  His client's memory was a bit better on some of the specifics.

But, if the Court were to accept the government's invitation to engage in "either or" reasoning.  Mr. Walker's testimony about his legal knowledge should be devastating to the government's legal position.

The government does not, notwithstanding their claim, *really* want the Court to believe Mr. Walker.  They want the Court to believe one frozen bit of testimony, contradicted by others from the same witness, and disregard inconvenient things like Mr. Walker's own statements about his understanding of the law, that he was charged with explaining to his client.

For these reasons and those in our previous summation and previous filings, we respectfully pray the Court recommend granting Mr. Reyes's Section 2255 motion.

DATED this 3d day of February, 2006.

/s  William Broberg
WILLIAM BROBERG
ATTORNEY FOR JULIO REYES
P.O. BOX 78562
SEATTLE, WA  98178
(206)264-1992 – voice
(206)264-0406 – fax
williamb@wbroberglaw.com
WSBA# 29319

Certificate of Service

I hereby certify that on February 3, 2006, a copy of the foregoing summation was served electronically on the attorney for the United States in this matter.

s/ William Broberg