**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case Number 3:04-cv-00122 HRH
(3:02-cr-00102-02 HRH)

JULIO REYES,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed with prejudice.

APPROVED:

**REDACTED**

H. RUSSEL HOLLAND
United States District Judge

6/29/06
Date

Ida Romack
Clerk of Court

Linda Christensen

[302cr102HRH-Judgment.wpd]