Julio Reyes
Reg No. 14531-006
McRae Correctional Facility
P.O. Drawer 30
McRae, GA 31055

RECEIVED

NOV 0 2 2006

CLERK, U.S. COURT
ANCHORAGE, ALASKA

October 26, 2006

Office of the Clerk
U.S. District Court
222 W. 7th Ave
Anchorage, Alaska 99513

Re:  NOTICE OF CHANGE OF ADDRESS
     USA v. JULIO REYES
     Case No. A02-0102-02-CR (HRH)

Dear Clerk:

Through this letter, I hereby give my notice of change of address. My new mailing address is listed above.

Also, please advise me of the status of the 28 U.S.C. § 2255, proceeding that is presently before the court. The reason for this request is that I have not been able to get in contact with my attorney, and I don't know whether the Court has either granted or denied my section 2255 motion.

I thank you in advance for your assistance with this matter.

Very Truly yours,

*[signature]*

Julio Reyes

My Commission Expires Jan. 3, 2010

*[signature]*